IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| STENSON TAMADDON, LLC, ) <br> ) <br> Plaintiff-Appellant ) <br> ) <br> v. ) <br> ) <br> UNITED STATES INTERNAL, ) <br> REVENUE SERVICE, et al., ) <br> ) <br> Defendants-Appellees ) | No. 25-4217 |

**MOTION FOR A STAY OF BRIEFING
IN LIGHT OF LAPSE OF APPROPRIATIONS**

The Government appellees hereby move for a stay of briefing in the above-captioned case.

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The Department does not know when funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

- 2 -

3. Undersigned counsel for the Department of Justice therefore requests a stay of briefing until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations – i.e., each deadline would be extended by the total number of days of the lapse in appropriations.

5. Undersigned counsel contacted counsel for the appellant regarding this motion, who has authorized counsel for the Government to state that the appellant takes no position on whether a stay issues.

Nonetheless, and although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of briefing in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

- 3 -

Respectfully submitted,

/s/   Nishant Kumar
NISHANT KUMAR
Attorney, Appellate Section
Tax Division
Department of Justice
Post Office Box 502
Washington, D.C.  20044
Telephone: (202) 532-3567
Nishant.kumar@usdoj.gov
Appellate.taxcivil@usdoj.gov

Dated:  October 7, 2025

- 4 -

## Certificate of Compliance With Type-Volume Limitation, Typeface Requirements, and Type Style Requirements

1. This document complies with the word limit of Fed. R. App. P. 27(d)(2) because, excluding the accompanying documents authorized by Rule 27(a)(2)(B),

- [x] this motion contains 269 words, or

- [ ] this motion uses a monospaced typeface and contains [state the number of] lines of text, excluding the parts of the motion exempted by Fed. R. App. P. 32(a)(7)(B)(iii).

2. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because:

- [x] this motion has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point Century Schoolbook, or

- [ ] this motion has been prepared in a monospaced typeface using [state name and version of word processing program] with [state number of characters per inch and name of type style].

/s/ Nishant Kumar
    NISHANT KUMAR
    Attorney for Appellee

Dated: October 7, 2025

- 5 -

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on October 7, 2025. Service on this motion was made this same day via CM/ECF on counsel for appellant, who are registered CM/ECF filers.

    /s/ Nishant Kumar

NISHANT KUMAR
*Attorney*